IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL OLSHEFSKI, <br> Plaintiff, | : <br> : <br> : | CIVIL ACTION NO. 3:16-cv-1227 |
| v. | : <br> : | (Mariani, J) |
| JEREMY BLANK, et al., <br> Defendants. | : <br> : | (Saporito, M.J.) |

## ORDER

AND NOW, this 13th day of July, 2016, in accordance with the Memorandum issued this date, IT IS HEREBY ORDERED THAT plaintiff's motions to appoint counsel (Docs. 6 and 14), are DENIED WITHOUT PREJUDICE.

*/s/ Joseph F. Saporito, Jr.*
JOSEPH F. SAPORITO, JR.
United States Magistrate Judge

Dated: July 13, 2016

FILED
WILKES BARRE
JUL 13 2016
Per ___