THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL OLSHEFSKI, | : |
| Plaintiff, | : |
| v. | : 3:16-CV-1227 |
| | : (JUDGE MARIANI) |
| JEREMY BLANK and GINA FELKER., | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 29TH DAY OF NOVEMBER, 2016, upon review of Magistrate Judge Saporito's Report & Recommendation, (Doc. 36), for clear error and manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The Report & Recommendation, (Doc. 36), is **ADOPTED** for the reasons discussed therein.

2. Plaintiff's Amended Complaint, (Doc. 13), is **DISMISSED WITHOUT PREJUDICE**.

3. The Clerk of Court is directed to **CLOSE** this case.

_____
Robert D. Mariani
United States District Judge